499 A.2d 578

**Charles M. WALTON, Jr., and Marie G. Walton, individually and as guardians of Gary Peter Walton, Deceased, and Charles M. Walton, Jr., as Administrator of the Estate of Gary Peter Walton, Petitioners,**

v.

**HARLEYSVILLE MUTUAL INSURANCE COMPANY, Respondent.**

Supreme Court of Pennsylvania.

Oct. 21, 1985.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The Order of Superior Court entered in this matter on April 19, 1985, is vacated and the matter is remanded to Superior Court with directions that it quash the appeal. The Order being appealed from the trial court is interlocutory and non appealable.